**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **U.S. ETHERNET INNOVATIONS, LLC**<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | **CASE NO. 6:12-CV-235-LED**<br>**PATENT CASE** |
| **RICOH AMERICAS CORPORATION,**<br>　　Defendant. | §<br>§<br>§ | |
| **U.S. ETHERNET INNOVATIONS, LLC**<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | **CASE NO. 6:12-CV-237-LED**<br>**PATENT CASE** |
| **XEROX CORPORATION,**<br>　　Defendant. | §<br>§<br>§ | |
| **U.S. ETHERNET INNOVATIONS, LLC,**<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | **CASE NO. 6:12-CV-329-LED**<br>**PATENT CASE** |
| **KONICA MINOLTA BUSINESS**<br>**SOLUTIONS U.S.A., INC., et al**<br>　　Defendant. | §<br>§<br>§ | |
| **U.S. ETHERNET INNOVATIONS, LLC,**<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | **CASE NO. 6:12-CV-330-LED**<br>**PATENT CASE** |
| **SHARP ELECTRONICS**<br>**CORPORATION**<br>　　Defendant. | §<br>§<br>§ | |
| **U.S. ETHERNET INNOVATIONS, LLC,**<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | **CASE NO. 6:12-CV-351-LED**<br>**PATENT CASE** |
| **DIGI INTERNATIONAL INC., et al**<br>　　Defendant. | §<br>§ | |

| | |
|---|---|
| **U.S. ETHERNET INNOVATIONS, LLC,** § | |
|     Plaintiff, § | |
| § | |
| VS. § | **CASE NO. 6:12-CV-366-LED** |
| § | **PATENT CASE** |
| **CIRRUS LOGIC, INC., et al** § | |
|     Defendant. § | |

# ORDER REFERRING PRETRIAL PROCEEDINGS
# TO MAGISTRATE JUDGE

The above styled and numbered causes are **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

**So ORDERED and SIGNED this 10th day of September, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**