IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: 10/29/12

| JUDGE<br>JOHN LOVE | REPORTER: Jill McFadden<br>LAW CLERK: Anna Phillips |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC<br>Plaintiff<br><br>vs.<br><br>RICOH AMERICA'S CORPORATION, ET AL<br>Defendant | CIVIL ACTION NO: 6:12CV235<br><br>MOTIONS HEARING<br>(Document #46 & 47) |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Wes Hill and Ryan Walsh | Melvin Wilcox, Connor Civins, Rick Faulkner, Steve Schortgen - see attached sheet |

On this day, came the parties by their attorneys and the following proceedings were had:

OPEN: 1:36                                          ADJOURN: 2:56

| TIME: | MINUTES: |
|---|---|
| 1:36 | Attorneys announce ready. |
|  | Judge thanks attorneys. We have two things set which are Doc. 46 and 47. Anything before we get started? |
| 1:40 | Mr. Schortgen for STMicroelectronics - gives Judge a demonstrative. Continues on giving background. |
| 1:50 | Judge has no questions at this point. |
| 1:50 | Wes Hill for Plaintiff. A few more background facts. |
| 1:51 | Judge states there were 2 Markman orders from California. What is the status? |
|  | Wes Hill cases are just sitting. The Judge in California has retired. No current schedule is in place. |
| 1:53 | Judge asks Mr. Hill a question with regard to upcoming dates. |

DAVID J. MALAND, CLERK

FILED: 10/29/12

BY: *Sharon Guthrie*, Courtroom Deputy

PAGE 2 - Proceedings Continue

| TIME: | MINUTES: |
|---|---|
| 1:54 | Mr. Hill responds. Invalidity contentions were served years ago. The Defendants are not starting from scratch. Infringement served at the latest October 5. |
| 1:59 | Judge asks Mr. Hill a question about the '874 patent. |
| 1:59 | Mr. Hill states that is not my understanding. |
| 2:00 | Judge wants to move the cases as quickly as possible. Deny the motion to reschedule. Lets move to the disputes on the various foundational orders. |
| 2:04 | Mr. Civins discusses one or two mediation dates. |
| 2:05 | Judge states different dates for mediation but will stick with two. Dispute over testifying experts. |
| 2:06 | Mr. Schortgen discusses testifying experts. Are we all set for trial together or not? |
| 2:07 | Mr. Hill raises one issue - whether 4 is the number for each defendant. |
| 2:08 | Mr. Schortgen responds. |
| 2:09 | Judge states I am going to go with defendants on this. Lets move to deposition time - 300 hours seems excessive. Heading towards splitting the difference. |
| 2:12 | Mr. Schortgen responds. |
| 2:14 | Mr. Davison responds. |
| 2:15 | Mr. Hill responds. |
| 2:16 | Judge is going to split the baby and give defendants collectively 225 hours. Next issue is inventor depositions. What is wrong with expanding the number of hours? |

PAGE 3 - Proceedings Continue

| TIME: | MINUTES: |
|---|---|
| 2:19 | Mr. Hill responds that they do not represent the inventor. |
| 2:19 | Mr. Schortgen responds. |
| 2:20 | Judge asks how many inventors. Attorneys state four. Defendants proposal here. The next is discovery from other actions. Which cases are these? |
| 2:21 | Mr. Hill states it is the California cases and expounds. |
| 2:23 | Judge asks to hear from defendants. |
| 2:23 | Mr. Schortgen responds. |
| 2:23 | Judge asks a question. |
| 2:24 | Mr. Schortgen responds. |
| 2:25 | Judge expounds. |
| 2:26 | Mr. Schortgen asks about amending the statement. |
| 2:26 | Judge asks about changing the language. |
| 2:28 | Mr. Schortgen we are not trying to get a pre-ruling on admissibility. |

PAGE 4 - Proceedings Continue

| TIME: | MINUTES: |
|---|---|
| 2:28 | Mr. Hill responds. |
| 2:30 | Judge expounds. Not going to adopt anything on that at this point. Move on to export regulation. |
| 2:32 | Mr. Faulkner responds. |
| 2:34 | Mr. Hill responds. |
| 2:36 | Mr. Faulkner briefly responds. |
| 2:37 | Judge asks a question. What is the ECCN classification? |
| 2:38 | Mr. Faulkner responds. |
| 2:39 | Judge states I assume we know. |
| 2:39 | Mr. Faulkner responds. |
| 2:40 | Judge asks what is the purpose of this? |
| 2:40 | Mr. Faulkner responds. |
| 2:42 | Judge states he will not put this in the protective order. |

PAGE 5 - Proceedings Continue

| TIME: | MINUTES: |
|---|---|
| 2:44 | Mr. Hill responds. |
| 2:45 | Judge states lets move to access. |
| 2:45 | Mr. Faulkner asks for more than 14 days. |
| 2:46 | Mr. Hill responds. |
| 2:46 | Judge is going to adopt the 14 days. If more time is needed work it out. Now lets move to the electronic discovery issue. |
| 2:47 | Mr. Hill responds. |
| 2:48 | Mr. Lee responds as to TrendNet. We do not have the e-discovery tool. |
| 2:49 | Judge asks for Mr. Hill to respond to TrendNet. What about this defendants issue? |
| 2:50 | Mr. Hill responds. They may have to buy additional software as well. |
| 2:51 | Judge states as to TrendNet he will allow a carve out and produce initially. |
| 2:52 | Mr. Hill responds. |
| 2:52 | Judge says lets move to spreadsheets and data base files. |

PAGE 6 - Proceedings Continue

| TIME: | MINUTES: |
|---|---|
| 2:52 | Mr. Wilcox responds. Look to paragraph E. |
| 2:53 | Mr. Hill responds. |
| 2:53 | Mr. Wilcox responds. |
| 2:54 | Judge is going to adopt plaintiff's position. Anything new on the mediator? |
| 2:55 | Mr. Hill states Judge Folsom is agreed to. |
| 2:55 | Judge appoints Judge Folsom as mediator. Parties are asked to submit a joint motion with the multiple orders attached. Parties have one week to submit. Anything further? |
| 2:56 | Mr. Wilcox asks about motion to transfer. |
| 2:56 | Judge will get back to you. We are adjourned. |