# CASE NO. 6:12cv235

# U.S. ETHERNET INNOVATIONS, LLC.
# V
# RICOH AMERICA'S CORPORATION, ET AL

## 10/29/12 - Motions Hearing

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Eric Findlay | Konica |
| Brian Craft | Control 4 |
| MELVIN WILCOX | Ricoh |
| " " | YAMAHA |
| Cevor Clint | Cirrus/ Freescale |
| Cono CARRANO | Samsung |
| Patrick Hoeffner | OKi Data Americas |
| Rick FAULKNER | Disi / Net Silicon |
| Devon Dacus | ST Microelectronics, Inc. |
| Steve Schortgen | " " |
| Jennifer Ainsworth | Epson America, Inc. |
| Wesley Hill | USEI |
| Ryan Walsh | USEI |
| DAN DAVISON | Netgear |
| Robert Greesm | Netgear |
| Jen-Feng Jeff Lee | TRENDNET |

| Michael Smith | OKi Data |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |