**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) 6:12-cv-00235-MHS-JDL<br>) LEAD CASE |
| v. | ) |
| | ) |
| RICOH AMERICAS CORPORATION,<br>    Defendant. | )<br>)<br>) |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) 6:12-cv-00236-MHS-JDL<br>) CONSOLIDATED CASE |
| v. | ) |
| | ) |
| TRENDNET, INC.,<br>    Defendant. | )<br>)<br>) |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) 6:12-cv-00237-MHS-JDL<br>) CONSOLIDATED CASE |
| v. | ) |
| | ) |
| XEROX CORPORATION,<br>    Defendant. | )<br>)<br>) |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) 6:12-cv-00237-MHS-JDL<br>) CONSOLIDATED CASE |
| v. | ) |
| | ) |
| XEROX CORPORATION,<br>    Defendant. | )<br>)<br>) |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | ) 6:12-cv-00329-MHS-JDL<br>) CONSOLIDATED CASE |
| | ) |
| v. | ) |
| | ) |
| KONICA MINOLTA BUSINESS<br>SOLUTIONS U.S.A., INC., et al.,<br>    Defendants. | )<br>)<br>) |

| | | |
|---|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) | 6:12-cv-00330-MHS-JDL |
| | ) | CONSOLIDATED CASE |
| v. | ) | |
| | ) | |
| SHARP ELECTRONICS CORPORATION,<br>    Defendant. | )<br>)<br>) | |
| | ) | |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) | 6:12-cv-00351-MHS-JDL |
| | ) | CONSOLIDATED CASE |
| v. | ) | |
| | ) | |
| DIGI INTERNATIONAL INC., et al.,<br>    Defendants. | )<br>) | |
| | ) | |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) | 6:12-CV-366-MHS-JDL |
| v. | ) | CONSOLIDATED CASE |
| | ) | |
| CIRRUS LOGIC, INC., YAMAHA CORPORATION OF AMERICA and CONTROL14 CORPORATION,<br>    Defendants. | )<br>)<br>)<br>) | JURY TRIAL DEMANDED |
| | ) | |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) | 6:12-cv-00399-MHS-JDL |
| | ) | CONSOLIDATED CASE |
| v. | ) | |
| | ) | |
| NETGEAR, INC.,<br>    Defendant. | )<br>) | |
| | ) | |
| U.S. ETHERNET INNOVATIONS, LLC,<br>    Plaintiff, | )<br>) | 6:12-cv-398 MHS-JDL |
| | ) | CONSOLIDATED CASE |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., et al.,<br>    Defendants. | )<br>)<br>) | |
| | ) | |

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, <br>     Plaintiff, <br> <br> v. <br> <br> STMICROELECTRONICS N.V., et al., <br>     Defendants. | ) 6:12-cv-00481-MHS-JDL <br> ) CONSOLIDATED CASE <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT'S MOTIONS PRACTICE ORDER**

In compliance with the Court's Motions Practice Order and Docket Control Order (Dkt. No 79), and the Court's standing Orders regarding Letter Briefs, all Defendants file this Notice of Defendants' letter to the Court requesting permission to file a motion for summary judgment of invalidity based on indefiniteness of certain asserted claims of U.S. Patent Nos. 5,307,459 ("the '459 patent") and 5,299,313 ("the '313 patent").[1] A copy of the letter is attached as Exhibit 1.

---

[1] Many Defendants have filed motions to stay, transfer, and/or dismiss which have not yet been ruled upon by the Court. This Notice and accompanying letter request are made pursuant to the aforementioned Orders, subject to and not intended as a waiver of Defendants' pending motions and objections.

Dated: February 8, 2013

Respectfully submitted,

*/s/ Michael Chibib*
Alan D. Albright
State Bar No. 00973650
Michael Chibib
State Bar No. 00793497
Conor M. Civins
State Bar No. 24040693
Benjamin L. Bernell
State Bar No. 24059451
Alan.Albright@bgllp.com
Michael.Chibib@bgllp.com
Conor.Civins@bgllp.com
Ben.Bernell@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 472-7800
Facsimile: (800) 404-3970

***ATTORNEYS FOR DEFENDANTS CIRRUS LOGIC, INC., FREESCALE SEMICONDUCTOR, INC.***

*/s/ Jen-Feng Lee*
Jen-Feng (Jeff) Lee, Pro Hac Vice
Cal. Bar. No. 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., Pro Hac Vice
Cal. Bar. No. 162273
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP
17800 Castleton Street, #560
City of Industry, California 91748
Phone: (626) 810-7200
Fax: (626) 810-7300

Eric C. Wood
Texas Bar No. 24037737
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4220 Direct
(214) 706-4242 Fax
eric.wood@solidcounsel.com
www.solidcounsel.com

***ATTORNEYS FOR DEFENDANT TRENDNET, INC.***

>*/s/ Jennifer Parker Ainsworth*
>Jennifer Parker Ainsworth
>TX Bar No. 00784720
>jainsworth@wilsonlawfirm.com
>WILSON, ROBERTSON & CORNELIUS, P.C.
>909 ESE Loop 323, Suite 400
>P.O. Box 7339 [75711]
>Tyler, Texas 75701
>Telephone: 903-509-5000
>Facsimile: 903-509-5092
>
>A. JAMES ISBESTER (CA SBN 29820)
>jisbester@kilpatricktownsend.com
>KILPATRICK TOWNSEND & STOCKTON LLP
>Eighth Floor, Two Embarcadero Center
>San Francisco, CA 94111
>Telephone: 415 576 0200
>Facsimile: 415 576 0300
>
>JORDAN TRENT JONES (CA SBN 166600)
>jtjones@kilpatricktownsend.com
>KILPATRICK TOWNSEND & STOCKTON LLP
>1080 Marsh Road
>Menlo Park, CA 94025
>Telephone: 650-326-2400
>Facsimile: 650-326-2422
>
>***ATTORNEYS FOR DEFENDANT***
>***EPSON AMERICA, INC.***

*/s/ Michael Chibib*
Alan D. Albright
State Bar No. 00973650
Michael Chibib
State Bar No. 00793497
Conor M. Civins
State Bar No. 24040693
Benjamin L. Bernell
State Bar No. 24059451
Alan.Albright@bgllp.com
Michael.Chibib@bgllp.com
Conor.Civins@bgllp.com
Ben.Bernell@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 472-7800
Facsimile: (800) 404-3970


Evan Finkel
Evan.Finkel@Pillsburylaw.Com
PILLSBURY WINTHROP SHAW
PITTMAN
LLP
725 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017-5406
Tel: 213.488.7037; Fax: 213.226.4058

OF COUNSEL
Melvin R. Wilcox, III
Texas State Bar No. 21454800
YARBROUGH ♦ WILCOX, PLLC
100 E. FERGUSON, SUITE 1015
TYLER, TEXAS 75702
TEL: 903.595.1133; Fax: 903.595.0191
mrw@yw-lawfirm.com

***ATTORNEYS FOR DEFENDANT***
***YAMAHA CORPORATION OF AMERICA***

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Ste. 101
Tyler, TX 75703
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Tel: (903)534-1100
Fax: (903)534-1137

Timothy S. Teter
Benjamin G. Damstedt
Jeffrey M. Walker (pro hac vice)
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-843-5000
teterts@cooley.com
bdamstedt@cooley.com
jwalker@cooley.com

**ATTORNEYS FOR DEFENDANT CONTROL4 CORP.**

>*/s/ Dan D. Davison*
>Dan D. Davison
>Texas Bar No. 05590900
>Richard S. Zembek
>Texas Bar No. 00797726
>Robert Greeson
>Texas Bar No. 24045979
>FULBRIGHT & JAWORSKI L.L.P.
>2200 Ross Avenue, Suite 2800
>Dallas, Texas 75201-2784
>Tel: (214) 855-8000
>Fax: (214) 855-8200
>Email: ddavison@fulbright.com
>Email: rzembek@fulbright.com
>Email: rgreeson@fulbright.com
>
>***ATTORNEYS FOR DEFENDANT NETGEAR, INC.***

/s/ *Jennifer Klein Ayers*
Steven G. Schortgen, *Lead Attorney*
Texas State Bar No. 00794603
steve.schortgen@klgates.com
Jennifer Ayers
Texas State Bar No. 24069322
jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX 75201
214.939.5500
214.939.5849 *Facsimile*

Michael J. Bettinger
California Bar No. 122196
mike.bettinger@klgates.com
Stephen Everett
California Bar No. 121619
stephen.everett@klgates.com
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
415.882.8200
415.882.8220 *Facsimile*
*PRO HAC VICE*

***ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.***

        */s/ Brian Craft*
        Brian Craft
        Texas Bar No. 04972020
        Eric H. Findlay
        State Bar No. 00789886
        FINDLAY CRAFT, LLP
        6760 Old Jacksonville Hwy
        Suite 101
        Tyler, TX 75703
        Tel.: (903) 534-1100
        Fax: (903) 534-1137
        Email: bcraft@findlaycraft.com
        Email: efindlay@findlaycraft.com

        OF COUNSEL:
        Paul R. Steadman
        Matthew J. Hertko
        KIRKLAND & ELLIS LLP
        300 North LaSalle St.
        Chicago, IL 60654
        Tel.: (312) 862-2000
        Fax: (312) 862-2200
        Email: paul.steadman@kirkland.com
        Email: matthew.hertko@kirkland.com

        ***ATTORNEYS FOR DEFENDANT***
        ***KONICA MINOLTA BUSINESS***
        ***SOLUTIONS U.S.A., INC.***

       */s/ Michael C. Smith*
       Marc R. Labgold, Ph.D.
       Patrick J. Hoeffner
       NAGASHIMA & HASHIMOTO
       12007 Sunrise Valley Drive
       Suite 110
       Reston, VA 20191
       Telephone: (703) 901-8860
       mlabgold@labgoldlaw.com

       Michael Charles Smith
       SIEBMAN BURG PHILLIPS & SMITH, LLP
       P O Box 1556
       Marshall, TX 75671-1556
       Telephone: (903) 938-8900
       Fax: (972) 767-4620
       michaelsmith@siebman.com

       ***ATTORNEYS FOR OKI DATA AMERICAS, INC.***

*/s/ Cono A. Carrano*
Cono A. Carrano, Lead Attorney
(District of Columbia Bar No. 445995)
ccarrano@akingump.com
Jin-Suk Park
(District of Columbia Bar No. 484378)
jspark@akingump.com
Romeao J. Jennings, III
(California State Bar No. 281568)
rjennings@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: (202) 887-4000

Ruben H. Munoz
(Pennsylvania State Bar No. 206420)
rmunoz@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Iftikhar Ahmed
(Texas State Bar No. 24064795)
iahmed@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Melissa Richards Smith
(Texas State Bar No. 24001351)
Melissa@gillamsmithlaw.com
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND SAMSUNG AUSTIN SEMICONDUCTOR, LLC***

*/s/ Charles E. Phipps*
Charles E. Phipps
Texas State Bar No. 00794457
cphipps@lockelord.com
W. Scott Hastings
Texas State Bar No. 24002241
shastings@lockelord.com
Hamad Hamad
Texas State Bar No. 24061268
hhamad@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

***ATTORNEYS FOR DEFENDANT XEROX CORPORATION***

*/s/ Christine S. Yun Sauer*
Cole M. Fauver (MN Bar No. 0243139)
(admitted *pro hac vice*)
Christine S. Yun Sauer (MN Bar No. 0391314)
(Eastern District of Texas Member)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-4181
cmfauver@rkmc.com
csyunsauer@rkmc.com

Rickey L. Faulkner
Texas State Bar No. 06857095
COGHLAN CROWSON, LLP
P.O. Box 2665
Longview, TX 75606
Tel: 903-758-5543
Fax: 903-753-6989
rfaulkner@ccfww.com

***ATTORNEYS FOR DEFENDANT DIGI INTERNATIONAL INC. AND NETSILICON, INC.***

*/s/ Michael V. Solomita*
Michael V. Solomita (*Admitted Pro Hac Vice*)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Phone: 212.336.8000
Fax: 212.336.8001
Email: msolomita@arelaw.com

Melvin R. Wilcox, III
YARBROUGH-WILCOX PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
Phone: 903.595.1133
Email: mrw@yw-lawfirm.com

***ATTORNEYS FOR DEFENDANT RICOH AMERICAS CORPORATION***

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record via the Court's ECF on February 8, 2013.

*/s/ Michael Chibib*
Michael Chibib
