**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | § § § | NO. 6:12cv235 MHS-JDL |
| vs. | § § | LEAD CASE |
| RICOH AMERICAS CORPORATION | § § | |
| U.S. ETHERNET INNOVATIONS, LLC, | § § § | NO. 6:12cv330 MHS-JDL |
| vs. | § § | MEMBER CASE |
| SHARP ELECTRONICS CORPORATION | § § § § | |

## ORDER

Having considered Plaintiff U.S. Ethernet Innovations, LLC's ("USEI") and Defendant Sharp Electronics Corporation's ("Sharp") Joint Motion For Entry of Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. No. 172), it is hereby ORDERED that USEI's claims against Sharp and Sharp's claims against USEI are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**It is SO ORDERED.
SIGNED this 13th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE