IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Digi International, Inc.; NetSilicon, Inc.; and Epson America, Inc.,<br><br>                Defendants. | Civil Action No. 6:12-cv-351-MHS-JDL<br><br>CONSOLIDATED WITH<br>Civil Action No. 6:12-cv-235-MHS-JDL<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Having considered Plaintiff's motion for extension of time, Plaintiff's motion is GRANTED.

It is hereby ORDERED that Plaintiff shall have up to and through April 30, 2013 to file its Amended Complaint against Defendants Digi International, Inc., NetSilicon, Inc., and Epson America, Inc.

**So ORDERED and SIGNED this 16th day of April, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

832639_1