**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Ricoh Americas Corporation, <br><br> Defendant. | Civil Action File <br><br> No. 6:12-cv-235-MHS-JDL <br><br> LEAD CASE |
| U.S. Ethernet Innovations, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Austin Semiconductor, LLC; and Oki Data Americas, Inc., <br><br> Defendants. | Civil Action File <br><br> No. 6:12-cv-398-LED-JDL <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE CLOSING DOCUMENTS**

NOW COME Plaintiff U.S. Ethernet Innovations, LLC ("USEI"), and Defendant Oki Data Americas, Inc. ("Oki Data"), and request a two (2) week extension in which to file closing documents regarding the parties' settlement of the above matter.

Respectfully submitted, this 31st day of October, 2013.

888851_1

- 2 -

| | |
|---|---|
| ROBBINS GELLER RUDMAN   & DOWD LLP | NAGASHIMA & HASHIMOTO |
| */s/ John C. Herman* | */s/ Marc R. Labgold* |
| John C. Herman<br>Ryan K. Walsh<br>Peter M. Jones<br>David L. Gann<br>Jessica M. Kattula<br>Monarch Centre, Suite 1650<br>3424 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>(404) 504-6500 (telephone)<br>(404) 504-6501 (fax)<br>rwalsh@rgrdlaw.com<br>pjones@rgrdlaw.com<br>dgann@rgrdlaw.com<br>jkattula@rgrdlaw.com | Marc R. Labgold<br>Nagashima & Hashimoto<br>12007 Sunrise Valley Drive, Suite 110<br>Reston, VA 20191<br>(703) 901-8860<br>mlabgold@labgoldlaw.com<br><br>Attorneys for Defendant<br>Oki Data Americas, Inc. |

and

WARD & SMITH LAW FIRM
T. John Ward, Jr.
Wesley Hill
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (fax)
jw@jwfirm.com
wh@jwfirm.com

Attorneys for Plaintiff\
U.S. Ethernet Innovations, LLC

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), John C. Herman, counsel for Plaintiff U.S. Ethernet Innovations, LLC, met and conferred via electronic mail with counsel for Defendant, Oki Data Americas, Inc.  Defendant does not oppose the relief requested.

*/s/ John C. Herman*
John C. Herman

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

.

*/s/ John C. Herman*
John C. Herman

888851_1